**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **Annette H. Ardis,** | ) | **Case No: 3:25-cv-13183-SAL** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TransUnion, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SETTLEMENT AND REQUEST FOR RUBIN ORDER**

Plaintiff Annette H. Ardis ("Plaintiff") and Defendant TransUnion, LLC, ("Defendant") (collectively, the "Parties") have agreed to settle all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with prejudice within the next sixty (60) days. Accordingly, the Parties request that the Court enter a *Rubin* order to provide us with time to consummate the agreement. The Parties will reinstate the action within sixty (60) days if the settlement is not consummated.

Respectfully submitted this the 29th day of April, 2026.

| | |
|---|---|
| /s/ Penny Hays Cauley | /s/ Anthony W. Livoti |
| Penny Hays Cauley, Fed. ID No. 10323 | Anthony W. Livoti, Fed. ID No. 6952 |
| **HAYS CAULEY, P.C.** | **MURPHY & GRANTLAND, P.A.** |
| 1303 W. Evans St. | 4406-B Forest Drive |
| Florence, SC 29501 | Post Office Box 6648 |
| (843) 665-1717 | Columbia, SC 29260 |
| phc917@hayscauley.com | Tel:  (803) 782-4100 |
| *Attorney for Plaintiff* | Fax: (803) 782-4140 |
| | awlivoti@murphygrantland.com |
| | *Attorney for Defendant* |